IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LEWIS OVERTON,

    Plaintiff,                    No. 2:08-cv-1128 MCE JFM (PC)

    vs.

SANDRA BRYSON, Commissioner, et al.,

    Defendants.            ORDER

_____/

    Plaintiff has requested an extension of time to file an amended pleading pursuant to the court's order of August 21, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's September 17, 2008 request for an extension of time is granted; and

    2. Plaintiff is granted forty-five days from the date of this order in which to file an amended pleading.

DATED: September 29, 2008.

                                    UNITED STATES MAGISTRATE JUDGE

12/ke
over1128.36

1