IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL LEWIS OVERTON,

    Petitioner,                    No. 2:08-cv-1128-MCE-JFM (HC)

    vs.

SANDRA BRYSON, Commissioner, et al.,

    Respondents.                 ORDER

        Petitioner, a state prisoner proceeding pro se, commenced this action by filing a form civil rights complaint pursuant to 42 U.S.C. § 1983. By order filed August 21, 2008, petitioner was granted leave to proceed in forma pauperis and the initial complaint was dismissed with leave to file either an amended complaint or a habeas corpus petition. After receiving an extension of time, petitioner has filed a petition for writ of habeas corpus.[1]

        "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. foll. § 2254). In the instant case, that individual is the Warden of California Medical Facility. Petitioner has named the Board of

---

[1] The petition has been docketed as an amended petition.

1

1  Parole Hearings Commissioners as respondents in this action.  These individuals are not the
2  proper respondents in this action.  Accordingly, the instant petition must be dismissed with leave
3  to amend.  See Stanley, 21 F.3d at 360.
4              In accordance with the above, IT IS HEREBY ORDERED that:
5              1. This action is for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The
6  Clerk of the Court is directed to change the docket in this action to reflect the correct nature of
7  suit.
8              2. Petitioner's application for writ of habeas corpus is dismissed with leave to file
9  a second amended petition within thirty days from the date of this order;
10             3. Any second amended petition must be filed on the form employed by this
11 court, must name the proper respondent, and must state all claims and prayers for relief on the
12 form.  It must bear the case number assigned to this action and must bear the title "Second
13 Amended Petition"; and
14             4. The Clerk of the Court is directed to send petitioner the form for habeas corpus
15 application.
16 DATED:  November 18, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

20  12
    over1138.122

1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT
9            FOR THE EASTERN DISTRICT OF CALIFORNIA
10 MICHAEL LEWIS OVERTON,
11          Petitioner,                    No. 2:08-cv-1128 MCE JFM (HC)
12     vs.
13 SANDRA BRYSON, Commissioner,
   et al.,
14                                         NOTICE OF AMENDMENT
          Respondents.
15 _____/
16          Petitioner hereby submits the following document in compliance with the court's
17 order filed _____:
18          _____     Second Amended Habeas Corpus Petition
19 DATED:
20
21
22
23                                         _____
                                           Petitioner
24
25
26

3